**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **QUICKVAULT, INC.,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **Case No. 1:23-cv-01364-ADA** |
| | § | |
| **TANIUM INC.,** | § | |
| | § | |
| *Defendant.* | § | |

**DECLARATION OF EIMERIC REIG-PLESSIS**
**<u>IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS</u>**

I, Eimeric Reig-Plessis, declare as follows:

1. I am a partner with the law firm of Winston & Strawn LLP and am counsel of record for Defendant Tanium Inc. I have personal knowledge of the matters set forth in this declaration, which I believe to be true and correct to the best of my knowledge. I make this declaration in support of Tanium's Motion to Dismiss Plaintiff's Amended Complaint for Failure to State a Claim Under Federal Rule of Civil Procedure 12(b)(6).

2. Attached as **Exhibit 1** is a true and correct copy of the Amendment and Response to Office Action filed August 10, 2016, from the prosecution history of U.S. Patent No. 9,565,200 (U.S. Patent Application No. 14/853,464), retrieved online from the U.S. Patent and Trademark Office's ("USPTO") Patent Center website.

3. Attached as **Exhibit 2** is a true and correct copy of the Notice of Allowability, which was provided with the Notice of Allowance and Fee(s) Due mailed on September 28, 2016, from the prosecution history of U.S. Patent No. 9,565,200 (U.S. Patent Application No. 14/853,464), retrieved online from the USPTO's Patent Center website.

4. Attached as **Exhibit 3** is a true and correct copy of the Response to Office Action filed December 23, 2020, from the prosecution history of U.S. Patent No. 10,999,300 (U.S. Patent Application No. 16/695,949), retrieved online from the USPTO's Patent Center website.

5. Attached as **Exhibit 4** is a true and correct copy of the Response to Office Action filed February 22, 2023, from the prosecution history of U.S. Patent No. 11,637,840 (U.S. Patent Application No. 17/244,505), retrieved online from the USPTO's Patent Center website.

6. Attached as **Exhibit 5** is a true and correct copy of the Notice of Allowability, which was provided with the Notice of Allowance and Fee(s) Due mailed on January 12, 2021, from the prosecution history of U.S. Patent No. 10,999,300 (U.S. Patent Application No. 16/695,949), retrieved online from the USPTO's Patent Center website.

7. Attached as **Exhibit 6** is a true and correct copy of the Notice of Allowability, which was provided with the Notice of Allowance and Fee(s) Due mailed on March 17, 2023, from the prosecution history of U.S. Patent No. 11,637,840 (U.S. Patent Application No. 17/244,505), retrieved online from the USPTO's Patent Center website.

8. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed on January 30, 2024.

*/s/ Eimeric Reig-Plessis*
Eimeric Reig-Plessis