**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

QUICKVAULT, INC.,

Plaintiff,

v.

TANIUM INC.,
AUTONATION, INC.,
BAE SYSTEMS, INC., and
HONEYWELL INTERNATIONAL INC.

Defendants.

Case No.: 1-23-cv-01364-ADA

**JURY TRIAL DEMANDED**

**DECLARATION OF DAVID K. LUDWIG IN SUPPORT OF QUICKVAULT, INC.'S OPPOSITION TO TANIUM INC.'S MOTION TO SEVER, STAY, AND TRANSFER**

I, David K. Ludwig, am an attorney of record for Plaintiff QuickVault, Inc. ("QuickVault"). My business address is Hill, Kertscher & Wharton, LLP, One Overton Park, 3625 Cumberland Blvd SE, Suite 1050, Atlanta, GA 30339-6406. I have personal knowledge of the matters stated herein, I am over the age of 18 years, and I am competent to make this declaration.

1. Attached hereto as Exhibit A is a collection of true and correct copies of LinkedIn profiles of Tanium engineers in greater Austin, TX and greater San Antonio, TX as of April 4, 2024.

2. Attached hereto as Exhibit B is a collection of true and correct copies of LinkedIn profiles of Tanium's relevant Vice Presidents and Directors as of April 4, 2024.

3. Attached hereto as Exhibit C is a true and correct copy of a Mutual Nondisclosure Agreement between ClearDATA Networks and QuickVault, dated Nov. 8, 2017.

4. Attached hereto as Exhibit D is a true and correct copy of https://www.cleardata.com/contact-us/ as of April 4, 2024

5. Attached hereto as Exhibit E is a true and correct copy of an email exchange between Barry Shelton and James "Jake" Shultz (TXWDml_LawClerks_WA_JudgeAlbright@txwd.uscourts.gov) dated Mar. 5, 2024.

6. Attached hereto as Exhibit F is a true and correct copy of *Tanium Prepares to Celebrate the Power of Partnering*, TANIUM, https://www.tanium.com/blog/tanium-converge-2023-global-partners-summit/ (Oct. 10, 2023).

7. Attached hereto as Exhibit G is a true and correct copy of *See What's on the Agenda for Tanium Converge 2022? Malcom Gladwell, Forrester's Renee Murphy and More*, TANIUM, https://www.tanium.com/blog/whats-on-the-agenda-

for-tanium-converge-2022-malcom-gladwell-forresters-renee-murphy-and-more/ (Sept. 30, 2022).

8. Attached hereto as Exhibit H is a true and correct screenshot of *Tanium Converge 2022: The Premier Destination for Global IT and Security Professionals*, YOUTUBE, https://www.youtube.com/watch?v=yFpMaDaf83g (Sept. 20, 2022).

9. Attached hereto as Exhibit I is a true and correct copy of excerpts from United States District Courts—National Judicial Caseload Profile, *available at* https://www.uscourts.gov/sites/default/files/fcms_na_distprofile1231.2023_0 .pdf.

I, declare under penalty of perjury that the foregoing is true and correct. Executed on April 17, 2024, in Orefield, Pennsylvania.

David K. Ludwig