# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| **QUICKVAULT, INC.,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL NO. A-23-CV-01364-ADA** |
| | § | |
| **TANIUM INC.,  APTIVE ENVIRON-** | § | |
| **MENTAL LLC,  AUTONATION, INC.,** | § | |
| **BAE SYSTEMS, INC.,  HONEYWELL** | § | |
| **INTERNATIONAL INC.,** | § | |
| **Defendants.** | | |

## ORDER GRANTING JOINT STIPULATION OF DISMISSAL

Before the Court is Plaintiff QuickVault, Inc. and Defendant Tanium Inc.'s Stipulation of Dismissal Without Prejudice.[1] ECF No. 52. The parties stipulate to the dismissal of all claims and counterclaims without prejudice, each side to bear its own costs, expenses, and attorneys' fees. Having considered the stipulation, the Court orders as follows:

**IT IS HEREBY ORDERED** that the Joint Stipulation, ECF No. 52, is **GRANTED.**

**IT IS FURTHER ORDERED** that all claims and counterclaims in the above-captioned case are **DISMISSED WITHOUT PREJUDICE**, each side to bear its own costs, expenses, and attorneys' fees.

**IT IS FURTHER ORDERED** that all remaining pending motions are **DENIED AS MOOT.**

**IT IS FINALLY ORDERED** that the Clerk of Court is respectfully directed to close the case.

---

[1] The case caption currently lists Aptive Environmental LLC, AutoNation, Inc., Bae Systems, Inc., and Honeywell International Inc. as Defendants. However, Plaintiff's Corrected Second Amended Complaint, ECF No. 31, removed Aptive as a party. The claims against AutoNation, Bae Systems, and Honeywell were severed and stayed, and these parties remained in this action for the limited purpose of obtaining discovery from them. ECF No. 48.

**SIGNED** this 10th day of July, 2024.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE